UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHARLES COLUMBUS MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-CV-308 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Plaintiff Charles Columbus Moore's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 15). On June 8, 2012, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 17). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 15). The Court awards Plaintiff's counsel fees in the amount of $1,879.88 and expenses in the amount of $378, for a total award of $2,257.88.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**